

# IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

## NO. PD-0466-17

## BILLY HAWKINS, Appellant

## v.

## THE STATE OF TEXAS

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
## FROM THE SECOND COURT OF APPEALS
## TARRANT COUNTY

**NEWELL, J. filed a dissenting opinion.**

I would grant review for the reasons stated in my opinion dissenting

to the refusal of discretionary review in *Horton v. State*, ___ S.W.3d ___,

2017 WL 4399159 (Tex. Crim. App. Oct. 4, 2017) (Newell, J., dissenting).

Filed: November 1, 2017

Do Not Publish